**Exhibit A to the Complaint**

**Location:** La Verne, CA  
**Total Works Infringed:** 219  

**IP Address:** 47.146.37.210  
**ISP:** Frontier Communications

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | 3176813C77FB9F3A240D4421A4627DD377A8D4E8 | Tushy | 09/19/2018 14:15:47 | 09/18/2018 | 10/16/2018 | PA0002127779 |
| 2 | 0027840995300A4A3C65C0650EA07B5ACEBA9EE3 | Blacked | 08/08/2017 19:14:26 | 08/08/2017 | 08/18/2017 | PA0002077679 |
| 3 | 00EC58C35D91D341E6DBBC0535B7E429ECDE1890 | Blacked | 06/20/2017 04:12:02 | 06/19/2017 | 07/07/2017 | PA0002070823 |
| 4 | 0264649D9EDC5C807F5C2148C5A2939DACCEFF76 | Tushy | 08/16/2018 01:47:23 | 08/14/2018 | 09/01/2018 | PA0002119587 |
| 5 | 065065659E1ACFA4DD46C5260F07C2F0D02E4ED6 | Tushy | 09/24/2018 02:47:12 | 09/23/2018 | 11/01/2018 | 17093751754 |
| 6 | 06D4B8DB0C8EFE1EBBEF2822F4CDFF212387513C | Vixen | 07/08/2017 18:46:08 | 07/08/2017 | 08/17/2017 | PA0002077664 |
| 7 | 082B098EB6C02A9651EB59499DF87629E020B6F0 | Vixen | 06/01/2017 02:47:12 | 05/29/2017 | 06/22/2017 | PA0002039292 |
| 8 | 0900A46D8C8F028C47C5DDCED7362B31D56FF9F2 | Vixen | 03/06/2018 04:49:04 | 03/05/2018 | 04/17/2018 | PA0002116085 |
| 9 | 09EAED2E4389268FA57FE13CD55F4B4791B48289 | Tushy | 05/06/2018 23:41:31 | 05/06/2018 | 06/19/2018 | PA0002126449 |
| 10 | 09EDA1D41FC927919165186C2D7C2126D0B2192F | Tushy | 11/30/2017 14:59:55 | 09/03/2017 | 09/15/2017 | PA0002052851 |
| 11 | 0A62710EDB3351CBA7D2AF0A510F3DD7467041E9 | Vixen | 09/14/2017 01:23:02 | 09/11/2017 | 09/15/2017 | PA0002052839 |
| 12 | 0A6C429C8B8109563F48FB3FB997E14C7CDB359D | Blacked Raw | 02/12/2018 07:59:35 | 02/11/2018 | 03/02/2018 | PA0002104740 |
| 13 | 0AA933E58B90198035D0FC8B9F7D83A53C2AF9E9 | Blacked Raw | 02/17/2018 04:23:33 | 02/16/2018 | 03/01/2018 | PA0002079185 |
| 14 | 0C9740409F24FAFAC70CEBF371EAC0591815F428 | Blacked Raw | 10/15/2018 15:36:47 | 10/14/2018 | 11/01/2018 | 17093717793 |
| 15 | 0FB3C802C80BFA601D4284B2E714E4C9B3FFFE66 | Vixen | 07/05/2017 06:56:26 | 07/03/2017 | 07/07/2017 | PA0002070827 |
| 16 | 10021B76CEB8F0F3195C21F344D33CCCFC8556A6 | Vixen | 06/05/2017 03:54:38 | 06/03/2017 | 07/07/2017 | PA0002070834 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 106E959A3E941A5E6D43D9D73979576C5ACE32B4 | Tushy | 06/10/2017 23:13:32 | 06/10/2017 | 07/07/2017 | PA0002074096 |
| 18 | 1094F3930B65076B42D38A80E96E6ED4D96077BB | Blacked Raw | 07/17/2018 03:01:58 | 07/16/2018 | 09/01/2018 | PA0002119681 |
| 19 | 10BFFB503DB92610FD7544A57D3288394F0E7529 | Vixen | 04/11/2018 06:55:37 | 04/09/2018 | 06/19/2018 | PA0002126676 |
| 20 | 11CE985E00C9A6BD474EE76991A9539100FC2FD4 | Blacked | 06/30/2017 16:25:22 | 06/29/2017 | 07/07/2017 | PA0002070821 |
| 21 | 121507B08F9029D69DD18AC266C6C84A85592D99 | Vixen | 04/05/2018 02:44:57 | 04/04/2018 | 04/17/2018 | PA0002116740 |
| 22 | 13E70BE2BD89EC16AA2F48C8370B7EB6CC446C52 | Tushy | 12/28/2017 03:20:02 | 12/27/2017 | 01/23/2018 | PA0002101754 |
| 23 | 18CCA3472B7DF24995758E23A7BAAE0BECF84119 | Tushy | 11/03/2017 02:46:03 | 11/02/2017 | 12/05/2017 | PA0002098020 |
| 24 | 1BDF3843BCBB3DF9194FCBF865F6D1EE2FE7F891 | Vixen | 05/21/2018 10:54:25 | 05/19/2018 | 07/14/2018 | PA0002128156 |
| 25 | 1BE96CB6D46A90B3ADDC0293001B45C9DE8B834D | Tushy | 02/16/2018 09:56:31 | 02/15/2018 | 03/02/2018 | PA0002104881 |
| 26 | 1D2B05C3677283D5FD266270EFA7CF1B3C1025EC | Blacked | 03/11/2018 22:04:14 | 03/11/2018 | 04/17/2018 | PA0002116091 |
| 27 | 1DD987134C6421B0C017DA3DBCED4EA838BF2EB8 | Tushy | 08/05/2018 07:11:38 | 08/04/2018 | 09/01/2018 | PA0002119573 |
| 28 | 1F418E9F9FFADA1421A136A71773AA5651B5E9C9 | Tushy | 06/23/2018 15:57:07 | 06/20/2018 | 08/07/2018 | PA0002132405 |
| 29 | 21032F1C877E97052C85EC5058FE6AEE8C7EEA36 | Blacked | 03/07/2018 10:18:02 | 03/06/2018 | 04/12/2018 | PA0002091581 |
| 30 | 215C1A01416D6870B76E6189E6A1AC8C9D3D772D | Blacked Raw | 12/14/2017 06:16:59 | 12/13/2017 | 01/02/2018 | PA0002097434 |
| 31 | 21951C0152C97AA9DBC4C83C8EECB180CD69A13E | Blacked | 04/07/2018 10:06:13 | 04/05/2018 | 04/17/2018 | PA0002116752 |
| 32 | 229C91437D333F675B1104F53340498BDFE3C239 | Vixen | 02/15/2018 08:19:32 | 02/13/2018 | 03/02/2018 | PA0002104793 |
| 33 | 22CF5B8B21A6902C853B17114EF83A4AE9C16C98 | Blacked | 04/11/2018 07:24:14 | 04/10/2018 | 05/23/2018 | PA0002101304 |
| 34 | 249BD8E58D1F03C665C19CEFBDB8C7A3975AA357 | Tushy | 12/13/2017 04:45:14 | 12/12/2017 | 01/04/2018 | PA0002069349 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 35 | 2665555FFFA5BAFF0A4A558CDCBFA1352B8458E3 | Blacked Raw | 03/03/2018 20:58:56 | 03/03/2018 | 04/17/2018 | PA0002116063 |
| 36 | 270794D8B3E39CF12951D87A25B9E19860C05C5C | Tushy | 01/17/2018 15:53:08 | 01/16/2018 | 01/24/2018 | PA0002101757 |
| 37 | 27AA787E7C8328D22281FA92531297BCDB92BD53 | Blacked | 10/08/2018 06:45:10 | 10/07/2018 | 10/16/2018 | PA0002127790 |
| 38 | 27D6172EAFBCB08E6E6A524C678B16C11E2ABA29 | Tushy | 03/11/2018 01:59:44 | 02/25/2018 | 03/01/2018 | PA0002079188 |
| 39 | 28221287AD860E4752D0C33F618AD232DD773AF1 | Blacked | 08/04/2018 20:30:13 | 08/03/2018 | 09/01/2018 | PA0002119596 |
| 40 | 2E3B9AF47A175D7E9437BC03647CCAE5B308BDEC | Blacked | 08/19/2017 01:34:41 | 08/18/2017 | 10/10/2017 | PA0002086146 |
| 41 | 2FFCD2F467BA93E61A8B7FCCC7AA7F17D9F58225 | Blacked | 04/27/2018 04:06:54 | 04/25/2018 | 06/19/2018 | PA0002126642 |
| 42 | 318BB6183AA9E09FEB1ECC059B2C6265ABAD705B | Blacked Raw | 11/20/2017 02:47:04 | 11/18/2017 | 01/02/2018 | PA0002068867 |
| 43 | 320A9CD42EF6F2012AB96204BD83C192FE427359 | Tushy | 11/22/2017 21:25:09 | 11/22/2017 | 01/04/2018 | PA0002069339 |
| 44 | 32459F97831DDF6C0B13221712692F67850A4AF0 | Blacked | 08/04/2017 15:50:55 | 08/03/2017 | 08/17/2017 | PA0002077671 |
| 45 | 32B64B5E6D8D0E3AD53B8073CBAA35C9BA4DF75B | Blacked Raw | 06/02/2018 17:07:29 | 06/01/2018 | 07/14/2018 | PA0002128077 |
| 46 | 32DEB0802129A25255252F3044EDE86141930D94 | Blacked Raw | 01/18/2018 01:48:06 | 01/17/2018 | 01/24/2018 | PA0002101760 |
| 47 | 33D2BEC8F4B98827E4D88B1FA953246FB6415E81 | Tushy | 05/17/2018 11:57:04 | 05/16/2018 | 06/19/2018 | PA0002126446 |
| 48 | 353CAC9D0DDDEABFEE157AFA24168328C7F32574 | Blacked | 06/10/2017 15:09:23 | 06/09/2017 | 07/07/2017 | PA0002070825 |
| 49 | 35FE7CC26021C17D6919301FD0FF1D002096FF03 | Vixen | 03/27/2018 05:36:45 | 03/25/2018 | 04/17/2018 | PA0002116726 |
| 50 | 36A6409A8229165AB1C3CF6E77599BD754A86586 | Tushy | 01/07/2018 04:46:48 | 01/06/2018 | 01/24/2018 | PA0002101756 |
| 51 | 38086EB35F3D3C9574AB3DBF13539EED2AF01EA4 | Blacked | 11/23/2017 00:49:27 | 11/06/2017 | 11/27/2017 | PA0002097974 |
| 52 | 388B3078DF1B5D543D437F0753283A4CC5019DFC | Tushy | 05/28/2017 18:26:11 | 05/21/2017 | 06/22/2017 | PA0002039282 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 53 | 3A29B97ECB795551A32995AFB319AF32527EDFC7 | Tushy | 05/27/2017 06:51:33 | 05/26/2017 | 06/22/2017 | PA0002039288 |
| 54 | 3A720F9B337F5222BDD5DAC2963ECA94D51E1D82 | Blacked | 10/07/2017 23:39:18 | 10/07/2017 | 10/19/2017 | PA0002058300 |
| 55 | 3B50EF6012A64C61D261674A092291255636F5BC | Blacked Raw | 08/01/2018 13:32:46 | 07/31/2018 | 09/05/2018 | PA0002134603 |
| 56 | 3B5D837608C2F9E30CFA5450C48F871000B6C438 | Blacked | 09/17/2017 23:00:20 | 09/17/2017 | 10/10/2017 | PA0002086174 |
| 57 | 3CD8ACA655E5DD76BD292C033EC754D1995989A8 | Tushy | 10/04/2017 08:09:48 | 10/03/2017 | 10/10/2017 | PA0002086147 |
| 58 | 3D7797426DCF2950C543A64789AA46E2414DB35B | Blacked Raw | 01/23/2018 05:23:06 | 01/22/2018 | 02/20/2018 | PA0002104185 |
| 59 | 3DBBAA0310B5C42885246B20B9BC20114B1A493C | Blacked | 07/05/2017 15:15:13 | 07/04/2017 | 07/07/2017 | PA0002070819 |
| 60 | 3DC08C364A65B45FDB14842F4973435BE8A82AC0 | Blacked Raw | 08/14/2018 03:59:48 | 08/10/2018 | 09/05/2018 | PA0002135668 |
| 61 | 3E4199BF6B8AAD36155739DEA97CB15781FD3BB8 | Blacked Raw | 12/19/2017 05:18:16 | 12/18/2017 | 01/23/2018 | PA0002101753 |
| 62 | 3F402895084E9AAA32C14476F920087D670662F3 | Blacked | 07/19/2017 19:12:21 | 07/19/2017 | 08/11/2017 | PA0002046876 |
| 63 | 3FAB87ADE39A33440AAF586C587F88731AFEBEA4 | Blacked | 08/25/2018 21:25:50 | 08/23/2018 | 11/01/2018 | 17093718181 |
| 64 | 3FE8BC8CB68F920C9510C3878093464AFC64CEA1 | Tushy | 09/20/2017 04:13:53 | 09/18/2017 | 10/09/2017 | PA0002086139 |
| 65 | 3FFFE75034296BD74E4B12494E69E71D20598EC2 | Blacked Raw | 03/14/2018 06:52:38 | 03/13/2018 | 04/17/2018 | PA0002116738 |
| 66 | 4026ED9D8839083F8D88CFDB9FF8E48DD6FE13C9 | Vixen | 06/19/2017 04:56:05 | 06/18/2017 | 07/07/2017 | PA0002070833 |
| 67 | 40EB061103FA0784EF35FAB17AD24C5BE41E2D41 | Vixen | 07/14/2017 19:35:13 | 07/13/2017 | 08/10/2017 | PA0002046873 |
| 68 | 4154BFE7C3A439C38045117F70FB009D2615CD45 | Tushy | 09/05/2018 05:00:37 | 09/03/2018 | 11/01/2018 | 17094105281 |
| 69 | 4444ECF2D9FDDCACCDC4C3846902D55C6516C4A8 | Blacked | 05/26/2017 19:57:10 | 05/25/2017 | 06/22/2017 | PA0002039290 |
| 70 | 454183F2D02E6F226C75CE2D6E15D1100B01881E | Blacked | 08/06/2018 11:45:21 | 12/11/2017 | 01/04/2018 | PA0002097429 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 71 | 45989583E2E2BFBF4A972774052DD3EDF6DD320F | Tushy | 06/16/2017 12:48:46 | 06/15/2017 | 07/07/2017 | PA0002070815 |
| 72 | 46161EE4AD53F51B827C0DE61AE49F60447F3371 | Blacked Raw | 11/27/2017 13:31:22 | 11/08/2017 | 12/04/2017 | PA0002097993 |
| 73 | 4763667641B04BBE0C8BA45B620A5220DD7A47E3 | Blacked | 08/23/2017 21:05:04 | 08/23/2017 | 10/10/2017 | PA0002086163 |
| 74 | 476743692971ED99B78722180FE2E9D7DC4A7E27 | Tushy | 06/21/2017 04:46:01 | 06/20/2017 | 07/07/2017 | PA0002070816 |
| 75 | 485956529F1A3755EA17B105205A8B112EDBC6A7 | Blacked Raw | 10/05/2018 14:17:59 | 10/04/2018 | 10/16/2018 | PA0002127787 |
| 76 | 4A8EDEE70783E40AD697EE164427EAF1DEFD77FF | Blacked Raw | 01/29/2018 00:27:55 | 01/27/2018 | 03/02/2018 | PA0002104873 |
| 77 | 4AD50A8F8ADCFF8C7D20BC5E06C3639FB3032212 | Vixen | 07/29/2018 13:38:08 | 07/28/2018 | 09/01/2018 | PA0002119572 |
| 78 | 4DF127476233FF85439FF6A98AA3CF00B95B9F6A | Blacked Raw | 06/27/2018 03:27:16 | 06/26/2018 | 08/07/2018 | PA0002131867 |
| 79 | 4E5874CE51D719570ACF9E2392ECA4616F51890E | Tushy | 04/11/2018 18:29:57 | 04/11/2018 | 05/23/2018 | PA0002101305 |
| 80 | 5229F81D6A4D4C06C36B12F2C5084A9A99AB9F70 | Vixen | 07/15/2018 03:11:55 | 07/13/2018 | 08/07/2018 | PA0002131906 |
| 81 | 537AE5105656EEBC2976BDF664867DB1F50B7D0E | Vixen | 04/30/2018 14:51:19 | 04/29/2018 | 06/19/2018 | PA0002126677 |
| 82 | 5415DBA49585BDA6C31D8F0B5BF8D652BDE9C2A6 | Blacked Raw | 06/23/2018 04:43:36 | 06/21/2018 | 07/26/2018 | PA0002112156 |
| 83 | 552DD083452FBD6806C4FD0A18BBDC3C78389C39 | Tushy | 08/05/2017 18:17:48 | 08/04/2017 | 08/17/2017 | PA0002077666 |
| 84 | 566B4153BBBA5D2B350797509723C18F7898C098 | Vixen | 12/21/2017 02:54:45 | 12/20/2017 | 01/15/2018 | PA0002099694 |
| 85 | 56AFA82A03B2373A9E98AE79EDC3F8C36DB14632 | Vixen | 02/09/2018 17:23:13 | 02/08/2018 | 03/01/2018 | PA0002079183 |
| 86 | 56C38F5F5E0681E6972605953466B04714F26161 | Blacked | 07/06/2018 06:49:32 | 07/04/2018 | 08/07/2018 | PA0002131913 |
| 87 | 5832C4226D7E47C0E19B2C1DF8FF920E7E451CB7 | Blacked | 10/16/2018 13:22:28 | 09/02/2018 | 11/01/2018 | 17093751603 |
| 88 | 59B347A603ED2013ED5536874919AD43C55C4E42 | Vixen | 01/15/2018 15:21:50 | 01/14/2018 | 01/22/2018 | PA0002101751 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 89 | 5B20956C62FA279164814A3D740B70D50B3B3F0C | Tushy | 03/14/2018 14:54:49 | 02/05/2018 | 02/20/2018 | PA0002104194 |
| 90 | 5CEFDF8BEF27743D9301F0867513EFA3C3BE7AF2 | Blacked Raw | 11/04/2017 01:25:25 | 11/03/2017 | 12/04/2017 | PA0002098024 |
| 91 | 5D9EC02A70BC2DEB960E248D321BB1F3BD5AC454 | Blacked | 01/31/2018 09:58:37 | 01/30/2018 | 03/01/2018 | PA0002079186 |
| 92 | 5D9F928A0B3ABCCDCED5FA4D82D5F65F3F3E5FFB | Vixen | 11/19/2017 04:40:40 | 07/28/2017 | 08/10/2017 | PA0002046871 |
| 93 | 5DE5DA40939B677035BC5F7995247A3DAD7A6E6E | Tushy | 09/29/2018 06:55:37 | 09/28/2018 | 10/16/2018 | PA0002127781 |
| 94 | 6156727CC14B7618089621720E142812814B663A | Blacked | 07/26/2017 05:36:17 | 07/24/2017 | 08/11/2017 | PA0002046874 |
| 95 | 633ED77DAC51B8B5CA6EF0F288B19EAD87343741 | Vixen | 09/22/2018 13:21:37 | 09/21/2018 | 11/01/2018 | 17093751804 |
| 96 | 63DA1437C740F8D02950C455C3B3D19D6EEF11B9 | Tushy | 10/04/2017 07:21:09 | 09/28/2017 | 10/10/2017 | PA0002086160 |
| 97 | 643FA75343AB67202A706CB25CED7298DB9CB5D6 | Blacked Raw | 12/05/2017 02:38:45 | 12/03/2017 | 01/04/2018 | PA0002097460 |
| 98 | 646FB09B79C5298B88EF4E39EA132D93EC1D6E66 | Blacked Raw | 01/07/2018 21:48:16 | 01/07/2018 | 01/24/2018 | PA0002101759 |
| 99 | 652488F32C70CA713EB50EE5AF596E21F7AD852B | Blacked | 07/15/2018 02:04:06 | 07/14/2018 | 08/07/2018 | PA0002131895 |
| 100 | 65993439BD9AEEAAA1F8419B9C36CF2F081927D2 | Vixen | 07/18/2017 18:56:15 | 07/18/2017 | 08/10/2017 | PA0002046875 |
| 101 | 6686CE051C460B8D14FA85F2BE0F9F3FAAC325EF | Blacked | 05/21/2018 07:00:32 | 05/20/2018 | 07/14/2018 | PA0002128469 |
| 102 | 67797EC7BA84641481696E8A72CC34808144C9E8 | Vixen | 03/21/2018 06:23:36 | 03/20/2018 | 04/12/2018 | PA0002091523 |
| 103 | 6B063B9DF519D1A47C6C55D9273F5C0D995004E4 | Blacked | 11/02/2017 02:57:40 | 11/01/2017 | 11/27/2017 | PA0002098034 |
| 104 | 6B7616952BC5A7B15D567490A22B9F2D8464B95E | Tushy | 08/30/2017 20:00:33 | 08/29/2017 | 10/10/2017 | PA0002086144 |
| 105 | 6FB3C806FF46D0C4C9E73B5F31E914CAD23B0A4A | Vixen | 08/12/2018 22:59:52 | 08/12/2018 | 09/01/2018 | PA0002119680 |
| 106 | 713E441C21A72D7D9D282CD733D58E3FDB5B1B35 | Vixen | 07/19/2018 05:55:31 | 07/18/2018 | 09/01/2018 | PA0002119684 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 107 | 7150B9B52468E518E57E44ED614FEA439476A755 | Blacked | 01/06/2018 09:07:11 | 01/05/2018 | 01/15/2018 | PA0002099696 |
| 108 | 71A9EC032DEB2E5B1DC708717A7C6048D263E755 | Tushy | 06/30/2017 22:23:30 | 06/30/2017 | 07/07/2017 | PA0002070818 |
| 109 | 71FF84F6900994659E25D84416EDB094B89D2AC0 | Tushy | 06/06/2018 03:18:05 | 06/05/2018 | 07/14/2018 | PA0002128384 |
| 110 | 7243E96AF377B2E073109C88A847F7C49761441F | Blacked | 09/09/2018 20:10:52 | 09/07/2018 | 10/16/2018 | PA0002127772 |
| 111 | 74385DC5E3CBD530984F8105680D3A80620BAD83 | Tushy | 09/14/2017 08:06:57 | 09/13/2017 | 10/10/2017 | PA0002086153 |
| 112 | 76512F172796C66E22984D74A94BDDB60D19361B | Blacked | 11/27/2017 13:40:56 | 11/26/2017 | 01/04/2018 | PA0002069346 |
| 113 | 7783236B0BB86F0D48AE7645CD640D1FB1609685 | Blacked Raw | 02/27/2018 03:23:03 | 02/26/2018 | 03/02/2018 | PA0002104869 |
| 114 | 77E0FF1C5114529C53BD0758CB31AD256557526C | Tushy | 01/27/2018 01:41:29 | 01/26/2018 | 02/20/2018 | PA0002104196 |
| 115 | 780D5A19D004232960C0742479259593C9CC3525 | Tushy | 04/11/2018 03:08:13 | 04/06/2018 | 06/19/2018 | PA0002126674 |
| 116 | 78D13BB0CEAED240FE7F3FEA179FF03C2EB24A22 | Blacked | 05/05/2018 21:01:38 | 11/21/2017 | 01/04/2018 | PA0002069353 |
| 117 | 78FAB2B2DD2918F1EDC644EAD74B5B472BB28B23 | Vixen | 07/29/2018 00:05:12 | 05/24/2018 | 07/14/2018 | PA0002128388 |
| 118 | 7910007F742952A5B9254DC3BB4E423D9C2D46C2 | Blacked | 05/01/2018 02:54:03 | 04/30/2018 | 05/24/2018 | PA0002101364 |
| 119 | 7ABC944228479DD7BDA25CB988228397BA90010D | Blacked | 09/04/2017 00:56:37 | 09/02/2017 | 09/15/2017 | PA0002052847 |
| 120 | 7B0D833DDB0B4A0A28FDE069555D056CE14E7D34 | Tushy | 05/27/2018 02:38:51 | 05/26/2018 | 07/14/2018 | PA0002128078 |
| 121 | 7DACB6AE0AE6F85AADF0C77A371BE198F3023A79 | Vixen | 12/19/2017 13:37:05 | 09/26/2017 | 10/10/2017 | PA0002085861 |
| 122 | 7F074F1C85E26013605C7416D145BD7649D50036 | Blacked | 07/09/2017 20:56:54 | 07/09/2017 | 08/17/2017 | PA0002077662 |
| 123 | 816425D68AAB20B7F9D7AD67440AD8369993CCE1 | Tushy | 04/22/2018 04:09:31 | 04/21/2018 | 05/23/2018 | PA0002101309 |
| 124 | 81C4EA33DDB08AFD9E5C70B97959D9D8DE2133B3 | Tushy | 12/01/2017 03:21:13 | 06/25/2017 | 07/07/2017 | PA0002070817 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 125 | 820DAA338EBA92FEDA63F639BBE546DB7DACCE4F | Vixen | 12/06/2017 03:35:55 | 12/05/2017 | 01/04/2018 | PA0002097413 |
| 126 | 82A448EF6AEC7A47AD4CEF3C37C2B22C7E25E600 | Tushy | 08/10/2017 06:30:48 | 08/09/2017 | 08/17/2017 | PA0002077673 |
| 127 | 84FB677AB7D7EE289BC4D85F6ECCA26E0340F6F6 | Blacked | 02/16/2018 13:32:33 | 02/14/2018 | 03/02/2018 | PA0002104757 |
| 128 | 863017594586E4F0795AC9C3CC6202E0A959C934 | Blacked | 12/22/2017 02:36:09 | 12/21/2017 | 01/15/2018 | PA0002070941 |
| 129 | 8A201474EF1C7838126CBB965AB2B90C48E61905 | Tushy | 01/02/2018 14:09:20 | 01/01/2018 | 01/22/2018 | PA0002101767 |
| 130 | 8A3BC78C0C6989D8DAFE3A0BAEC7EE275C5AAD13 | Tushy | 07/11/2017 15:14:41 | 07/10/2017 | 08/18/2017 | PA0002077678 |
| 131 | 8D7FA73C047170E3853520945A7E5D0275316536 | Tushy | 01/12/2018 04:06:30 | 01/11/2018 | 01/24/2018 | PA0002101766 |
| 132 | 8F9871FAC04AFAF32D4AB488F887016F5208D750 | Tushy | 10/29/2017 00:46:03 | 10/28/2017 | 12/04/2017 | PA0002098014 |
| 133 | 8FCD827A3111A0905A65A5C59871E024F40D5EB4 | Tushy | 06/11/2018 05:43:28 | 06/10/2018 | 07/14/2018 | PA0002128387 |
| 134 | 914EFF7C00FF5C8DC0F0FA8F0D2E0A63535873E9 | Vixen | 10/07/2018 19:51:09 | 10/06/2018 | 11/01/2018 | 17094105481 |
| 135 | 91936A8425FA5FC7FB9C25D4ED90C067D5EB475C | Tushy | 12/20/2017 02:22:21 | 12/17/2017 | 01/24/2018 | PA0002101765 |
| 136 | 9334B8137EFF34214F922265E73140C530167AF5 | Blacked | 08/30/2018 02:11:46 | 08/28/2018 | 10/16/2018 | PA0002127773 |
| 137 | 93678C8A005D8C4CA1D9896588A23AAD629E4958 | Blacked Raw | 01/13/2018 03:55:39 | 01/12/2018 | 01/23/2018 | PA0002101755 |
| 138 | 9483C9CAC4938891C8F5EC38C119E8F517848C6E | Vixen | 10/28/2017 14:14:29 | 10/26/2017 | 12/04/2017 | PA0002098029 |
| 139 | 9898DFBE8EACC7DF55B3EE7BC9F4C20770B80889 | Tushy | 10/08/2017 18:34:10 | 10/08/2017 | 10/19/2017 | PA0002058298 |
| 140 | 98E66C59B0B64B1E7812C1B433272FF250B697EC | Blacked | 06/11/2018 04:07:34 | 06/09/2018 | 07/14/2018 | PA0002130453 |
| 141 | 9ADF551531CD192FEFF58CA3846B52D72B3CDA36 | Vixen | 03/09/2018 04:11:23 | 01/24/2018 | 03/02/2018 | PA0002104759 |
| 142 | 9E35623689E07A96E4B1F6BDE80374BF9E802C30 | Blacked | 01/26/2018 06:00:04 | 01/25/2018 | 03/02/2018 | PA0002104748 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 143 | A20F2B76E287884DC03F0298C4C520BFABE1F537 | Blacked | 04/22/2018 04:58:08 | 04/20/2018 | 05/23/2018 | PA0002101307 |
| 144 | A645A42C362089F9AA1555048895CDB64A16295E | Blacked | 07/31/2018 03:55:02 | 07/29/2018 | 09/05/2018 | PA0002135679 |
| 145 | A7A3604D3717746DA9FFDDCD0CA3B49F0D231149 | Blacked Raw | 06/07/2018 02:30:45 | 06/06/2018 | 07/14/2018 | PA0002128447 |
| 146 | A83A2050BCA85E45BCFF69ECE6584C36E51AA7E3 | Tushy | 07/21/2017 03:54:45 | 07/20/2017 | 08/11/2017 | PA0002046869 |
| 147 | AACCEE307A7EA08669C725D5F9F4045E10CD5AD8 | Vixen | 11/27/2017 14:05:38 | 11/25/2017 | 01/04/2018 | PA0002097450 |
| 148 | AAEA395AD60095DD4D971C4B2CA5E9D4644BE828 | Vixen | 01/11/2018 06:57:41 | 01/09/2018 | 01/15/2018 | PA0002070945 |
| 149 | AB738B8648E72A96999AF0B6211F05FE1993AFEF | Vixen | 10/06/2017 21:35:54 | 10/06/2017 | 10/19/2017 | PA0002090453 |
| 150 | AC2068C89480030EBACB6D98C8325A3C21666B3B | Tushy | 05/26/2018 12:47:37 | 05/11/2018 | 05/24/2018 | PA0002101379 |
| 151 | B0439D234889CD92EE4A3272DEB9201C2F347E75 | Tushy | 12/23/2017 14:59:31 | 12/22/2017 | 01/23/2018 | PA0002101752 |
| 152 | B199FAEC6892F2D611B7E8568C1BD7CD5885B491 | Vixen | 08/08/2017 13:26:18 | 08/07/2017 | 08/17/2017 | PA0002077669 |
| 153 | B1C966DE63C2B7BE5A624373FEF5FEB58579F538 | Vixen | 08/19/2018 00:49:49 | 08/17/2018 | 09/01/2018 | PA0002119582 |
| 154 | B1E2B21686748A7416FE12F876565D61E969443F | Vixen | 07/12/2018 07:21:46 | 07/08/2018 | 07/26/2018 | PA0002112152 |
| 155 | B316B3BAB0A6994EA837FCE8AE960C2DB2A0E275 | Blacked | 05/31/2017 14:36:28 | 05/30/2017 | 06/22/2017 | PA0002039295 |
| 156 | B6239FA0ADE325AACDBE83D81FE9B48A2FC3FDAC | Blacked Raw | 12/24/2017 06:24:32 | 12/23/2017 | 01/15/2018 | PA0002099706 |
| 157 | B9435C0AF3A217983CC46775F006F9438187E556 | Tushy | 12/01/2017 03:35:33 | 11/17/2017 | 01/04/2018 | PA0002069336 |
| 158 | B9B4107573BA4B9BAA82D7A4C064903B9AD98CAE | Vixen | 08/10/2018 08:16:52 | 08/07/2018 | 09/05/2018 | PA0002135684 |
| 159 | BA31AEC87624CC3A92FA480693639D473A897399 | Vixen | 06/09/2017 09:35:03 | 06/08/2017 | 07/07/2017 | PA0002070832 |
| 160 | BA56E5B504674DA138E28F486D0488322AEBB262 | Tushy | 07/16/2017 17:57:00 | 07/15/2017 | 08/11/2017 | PA0002075050 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 161 | BAB775042AB5BE3D244DC00378C2589525FEFD19 | Vixen | 08/13/2017 13:19:52 | 08/12/2017 | 08/17/2017 | PA0002048373 |
| 162 | BB8B88CC4EEE3C0825232D0C8E9D2912FBF877D8 | Vixen | 12/26/2017 12:31:24 | 12/25/2017 | 01/15/2018 | PA0002099686 |
| 163 | BCA97B6B7BE11A70C9279D96829A9E544A2375AB | Blacked | 03/22/2018 02:35:02 | 03/21/2018 | 04/12/2018 | PA0002091520 |
| 164 | C6C595ADD4638A28DCC18A0DBFE9233F0473C0E6 | Tushy | 08/15/2017 17:29:55 | 08/14/2017 | 08/17/2017 | PA0002048391 |
| 165 | C73F3A572E54ECE92AB09C5E7AC03DCC7EE0A080 | Tushy | 08/20/2017 13:39:35 | 08/19/2017 | 10/10/2017 | PA0002086140 |
| 166 | C8044BD8F63891C979F1972BCA82C76A707AADAE | Vixen | 05/10/2018 13:48:10 | 05/09/2018 | 06/19/2018 | PA0002126667 |
| 167 | C8E53B6AFAB0D44587FAD7505E6858A30358A82C | Blacked Raw | 10/10/2018 06:27:25 | 10/09/2018 | 11/01/2018 | 17093717943 |
| 168 | C9592A2A0CB876027477C27911EDBCE91C4DD647 | Vixen | 03/02/2018 03:17:12 | 02/28/2018 | 04/17/2018 | PA0002116071 |
| 169 | C96E913F59D26C662EAD9324A625C7864EAB7738 | Blacked Raw | 09/10/2018 00:19:02 | 09/09/2018 | 10/16/2018 | PA0002127792 |
| 170 | CA8171FF1EE81D0114E752E98B35A9B394758290 | Blacked | 06/23/2018 20:26:11 | 06/19/2018 | 07/14/2018 | PA0002130450 |
| 171 | CB33A3BF1E43EB73FCDC40AF4F77FD14F6E29872 | Blacked | 12/27/2017 02:36:50 | 12/26/2017 | 01/24/2018 | PA0002101758 |
| 172 | CE16AD24D1834D000A9F62256F24A18084F118F4 | Vixen | 08/22/2017 21:28:14 | 08/22/2017 | 09/15/2017 | PA0002052852 |
| 173 | CF43B7E070239D6B6F3882D7D2886E7FC21CE637 | Blacked Raw | 09/25/2018 03:33:50 | 09/24/2018 | 11/01/2018 | 17093752005 |
| 174 | CF600C374E99F96450A354B2313A7F4B7D80566B | Blacked | 05/16/2018 02:56:55 | 05/15/2018 | 06/19/2018 | PA0002126654 |
| 175 | D0720E40A29F75FE2EBCC6B385E7B73468F47A9B | Vixen | 10/31/2017 02:01:33 | 09/21/2017 | 10/10/2017 | PA0002086168 |
| 176 | D1BB61ACC89BB9D5E3BF343E2AADA87408DF7E6B | Tushy | 02/11/2018 16:32:18 | 02/10/2018 | 02/20/2018 | PA0002104201 |
| 177 | D2414860DB3A94C629BE821962FC318909A25668 | Tushy | 12/05/2017 07:27:19 | 07/30/2017 | 08/11/2017 | PA0002075051 |
| 178 | D649E07464D90561153F4CDB2DC658B0C6FF3DB0 | Blacked | 06/16/2018 12:51:37 | 05/30/2018 | 07/14/2018 | PA0002131762 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 179 | D6D742455C65AC6E0779DA1B0EF9402D70893310 | Blacked | 07/14/2017 18:32:44 | 07/14/2017 | 08/11/2017 | PA0002046878 |
| 180 | D7E0555C31C5AA210275690B5F71153FCD8259AA | Blacked Raw | 04/18/2018 05:07:05 | 04/17/2018 | 05/23/2018 | PA0002101308 |
| 181 | D8181AB044C4A9BD6CA8D5AAE1A443B1D5181351 | Tushy | 04/27/2018 13:15:40 | 04/26/2018 | 06/19/2018 | PA0002126639 |
| 182 | D9C58C6636AD4660132788398D1C530AD5A1B962 | Tushy | 08/02/2018 01:42:37 | 07/30/2018 | 09/01/2018 | PA0002119590 |
| 183 | DADCA2A14B7738E58478AD9858F20D4FEC0A54EC | Vixen | 06/14/2017 04:19:51 | 06/13/2017 | 07/07/2017 | PA0002070830 |
| 184 | DAF1279A2F0EDD4A609F55A4BC90D4F1B6B17CCF | Tushy | 10/04/2018 04:05:31 | 10/03/2018 | 11/01/2018 | 17094105669 |
| 185 | DD08B11D4180F0A9F163E83920ECD18E910C342C | Blacked Raw | 05/23/2018 09:21:57 | 05/22/2018 | 07/14/2018 | PA0002128073 |
| 186 | DD5807A9946BE105E918EEAA5B796E9B449BF1A7 | Tushy | 06/06/2017 02:40:30 | 06/05/2017 | 07/07/2017 | PA0002074097 |
| 187 | DED96BE8CEE6AD8DD542FDA20B73F9139B6DDBBF | Blacked | 09/29/2018 03:07:39 | 09/27/2018 | 11/01/2018 | 17093717993 |
| 188 | E1F1739EE6D4B4B267E40CB1133D897143C8D27A | Vixen | 11/01/2017 01:00:23 | 10/31/2017 | 12/05/2017 | PA0002097990 |
| 189 | E2F264BEE7E145EF3EDDE0821F03BA6C44CA8D97 | Vixen | 05/20/2017 14:06:26 | 05/19/2017 | 06/22/2017 | PA0002039287 |
| 190 | E3FE04401215A6AB69C3C0FFBEA84393D0C81EBA | Blacked | 08/13/2017 18:51:42 | 03/26/2017 | 06/05/2017 | PA0002052857 |
| 191 | E45A9D920F75658166DD2316DE325185CDC5A1EF | Tushy | 03/18/2018 18:10:20 | 03/17/2018 | 04/17/2018 | PA0002116750 |
| 192 | E45F22326934343F66DF60041D422413DA02D766 | Vixen | 09/19/2017 09:37:57 | 08/17/2017 | 10/10/2017 | PA0002086150 |
| 193 | E5BDBAE5F693BF5032E5B309CFE46072D6D97239 | Tushy | 11/30/2017 13:54:08 | 09/08/2017 | 09/15/2017 | PA0002052841 |
| 194 | E65C7FF754967FADD1B0FC79FACCC0FE9929BBA3 | Blacked | 12/07/2017 13:34:57 | 12/06/2017 | 01/04/2018 | PA0002097418 |
| 195 | E70DA681956B3896EE99DCD9A3C9B3F5B7C02DEA | Tushy | 11/30/2017 13:51:29 | 08/24/2017 | 09/15/2017 | PA0002052837 |
| 196 | E7C34ABF4A27A0AEFBD30F8BB089F914D57C8435 | Tushy | 08/26/2018 17:26:14 | 08/24/2018 | 11/01/2018 | 17094105531 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 197 | E8270D389256E252F6CEDD729A8E9E95669C42AC | Tushy | 12/08/2017 16:06:04 | 12/07/2017 | 01/04/2018 | PA0002097494 |
| 198 | EAB7B112FD1CC182251AAFEC7965366C5FF5019B | Vixen | 10/21/2017 21:19:37 | 10/21/2017 | 11/30/2017 | PA0002098006 |
| 199 | ED6DA2587C7BF1359A7DC898859180BDE4526D21 | Blacked | 07/23/2018 08:23:47 | 07/19/2018 | 09/05/2018 | PA0002135006 |
| 200 | EFB135937A2302205D598F2AF77F6B56AF3F9A12 | Vixen | 12/31/2017 17:07:15 | 12/30/2017 | 01/15/2018 | PA0002070944 |
| 201 | F0F6463779EB0D34DCC6D0017B5686D13D9A9EB1 | Blacked | 12/16/2017 23:31:18 | 12/16/2017 | 01/24/2018 | PA0002101762 |
| 202 | F42B8996B0AB1CDD26BA12496CA2F0AC1891C34B | Blacked Raw | 04/29/2018 03:14:59 | 04/27/2018 | 05/24/2018 | PA0002101367 |
| 203 | F5C5D71B922FC646D71D8CCF23F3D6B617C45E59 | Vixen | 03/09/2018 05:17:20 | 01/29/2018 | 03/02/2018 | PA0002104878 |
| 204 | F67711CC46DB6D529E3F9211310C89B06FEF19F2 | Vixen | 12/16/2017 05:54:09 | 12/15/2017 | 01/24/2018 | PA0002101764 |
| 205 | F728131C810F99C67AC018AF7CC56D00B85DC321 | Blacked | 11/26/2017 16:27:28 | 11/11/2017 | 11/27/2017 | PA0002098000 |
| 206 | F736B73231E8C3B80F363D3E68FA6D1A5158F62E | Tushy | 06/01/2018 11:39:43 | 05/31/2018 | 07/14/2018 | PA0002131771 |
| 207 | F784D65D9FB51CD23AC4F54194FA7912A36908DC | Tushy | 08/10/2018 07:31:10 | 08/09/2018 | 09/05/2018 | PA0002135685 |
| 208 | F81CDCD6A66791E486B0666737859B468AB7D534 | Vixen | 10/04/2017 01:16:16 | 10/01/2017 | 10/10/2017 | PA0002086155 |
| 209 | F8918A8604FFA1B1AB8D6AD6D74F7EE735C0C497 | Blacked | 06/26/2018 03:32:59 | 06/24/2018 | 07/26/2018 | PA0002112154 |
| 210 | F9483CFC4DAF2B4C118691FDF07206708E43AF5E | Blacked | 02/09/2018 23:34:02 | 02/09/2018 | 03/02/2018 | PA0002104745 |
| 211 | F9580B832C88BF74EEF6D1BBFB3783D3761528DB | Vixen | 11/21/2017 06:58:52 | 11/10/2017 | 12/04/2017 | PA0002097978 |
| 212 | F9A54064155F12EB1F1543DA78B485920E16CD81 | Blacked | 06/15/2017 03:09:22 | 06/14/2017 | 07/07/2017 | PA0002070824 |
| 213 | FA91C9BC3EB65F407881A98F9D259D861B319674 | Blacked | 12/01/2017 23:34:56 | 12/01/2017 | 01/04/2018 | PA0002097436 |
| 214 | FB4CC65DD4415BDDE9680203F21531D57415D2C8 | Tushy | 11/29/2017 06:38:58 | 11/27/2017 | 01/04/2018 | PA0002069335 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 215 | FBE97F752A39748C277DEF8D02737F839685C1BE | Tushy | 07/26/2018 02:52:25 | 07/25/2018 | 09/05/2018 | PA0002134601 |
| 216 | FCD13847345D8CF18F1087F54AC04541D8581A97 | Blacked Raw | 05/10/2018 04:40:43 | 05/07/2018 | 06/19/2018 | PA0002126670 |
| 217 | FD2F60A4980CF32CD2678C3F7967AFC1192FFF55 | Vixen | 09/01/2017 23:12:05 | 09/01/2017 | 09/15/2017 | PA0002052845 |
| 218 | FD802FEC62F3CCA171872B3588DFB464F9217C69 | Blacked | 05/21/2017 13:33:54 | 05/20/2017 | 06/22/2017 | PA0002039289 |
| 219 | FFDB26A84780293A9E7580F3E88F24D67E9C2B9B | Tushy | 07/21/2018 06:26:57 | 07/20/2018 | 09/05/2018 | PA0002134598 |